STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND, GA Bar No. 153550
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINH C. MAI,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 3:22-cv-07344-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 24, 2023 to March 27, 2023, for Defendant to respond to Plaintiff's Complaint (Dkt. No. 1).

This is Defendant's first request for an extension of time and good cause exists for this extension. In accordance with 42 U.S.C. § 405(g), the Commissioner files a certified copy of the transcript of the administrative record, including the evidence upon which the findings and decisions complained of are based. Our office has been informed by the client agency, which is

the Social Security Administration, Office of Appellate Operations, that the transcript is not yet ready. The client agency therefore needs more time to prepare an administrative record for the Court's review. We need to wait for the transcript to make sure that the record provided to the Court and to Plaintiff is complete and accurate.

      Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

      Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated:  February 22, 2023       /s/ Harvey P. Sacket
       (*as authorized via email on 2/22/23)
       Attorney for Plaintiff

Dated:  February 22, 2023       STEPHANIE M. HINDS
       United States Attorney

       By:   /s/ Erin Highland
       ERIN HIGHLAND
       Special Assistant U.S. Attorney

       Attorneys for Defendant

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 22, 2023       _____
       THE HONORABLE LISA J. CISNEROS
       United States Magistrate Judge