```
STEPHANIE HINDS (CSBN 154284)
United States Attorney
MATHEW W. PILE (WASBN 32245)
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (510) 970-4810
        Facsimile: (415) 744-0134
        Caspar.Chan@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINH MAI,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. 3:22-cv-07344-LJC<br><br>ORDER AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST, UNOPPOSED) |

1

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension to respond to Plaintiff's Motion for Summary Judgment in this case to June 12, 2023. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Motion for Summary Judgment was due May 22, 2023. This is the Commissioner's first request of an extension of this deadline.

2. Counsel for the Commissioner was unexpectedly unable to work last week due to flu-like symptoms and was unable to complete the Commissioner's response to Plaintiff's motion for summary judgment or otherwise seek an extension of the deadline to Plaintiff's Motion for Summary Judgment.

3. Counsel for the Commissioner has also reviewed Plaintiff's Motion for Summary Judgment and is in the process of consulting with his client about the defensibility of this matter. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

4. Counsel has consulted with Plaintiff's counsel who advised that he has no objections. This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

WHEREFORE, Defendant requests until June 12, 2023 with all other deadlines extended accordingly.

Respectfully submitted,

Dated: May 25, 2023

STEPHANIE HINDS
United States Attorney

By: */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
THE HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE