ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE (WASBN 32245)
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
         6401 Security Boulevard
         Baltimore, MD 21235
         Telephone: (510) 970-4810
         Facsimile: (415) 744-0134
         Caspar.Chan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NINH MAI,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 3:22-cv-07344-LJC<br><br>**STIPULATION FOR VOLUNTARY REMAND AND ~~[PROPOSED]~~ ORDER** |

1

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 20, 2023                    SACKETT AND ASSOCIATES

By:      /s/ Caspar Chan for Harvey P. Sackett*
         HARVEY P. SACKETT
         *Authorized by e-mail
         Attorneys for Plaintiff


Dated: June 20, 2023                    ISMAIL J. RAMSEY
                                        United States Attorney

By:      /s/ Caspar Chan
         CASPAR CHAN
         Special Assistant United States Attorney
         Attorneys for Defendant


IT IS SO ORDERED:

_____
THE HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

2