UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINH C. MAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | Case No. 22-cv-07344-LJC<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 20, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge